Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, California  94104
Telephone:  (415) 772-1200

T. Robert Scarborough (*Pro Hac Vice* To Be Submitted)
tscarborough@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Telephone:  (853) 853-7000

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILLIAN PEST CONTROL, INC., a California corporation | Case No. 3:14-cv-05239-VC |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | |
| HOMETEAM PEST DEFENSE, INC., a Delaware corporation, ROLLINS, INC., and DOES 1 through 100, inclusive, , | |
| Defendants. | |

ACTIVE 204874871v.1

1    WHEREAS, on December 1, 2014, Plaintiff Killian Pest Control, Inc. ("Plaintiff"), filed a

2  Complaint in the United States District Court against Defendants HomeTeam Pest Defense, Inc. and

3  Rollins, Inc. (collectively, "Defendants") ;

4    WHEREAS, Defendants' deadline for responding to the complaint is December 24, 2014;

5    WHEREAS, Defendants have recently retained counsel and are reviewing the allegations in

6  the Complaint,

7    WHEREFORE, Plaintiff and Defendants, by and through their respective undersigned

8  counsel, hereby stipulate and agree to, and request the Court to order, the following:  The deadline

9  for Defendants to respond to the Complaint shall be extended to January 28, 2015.  The deadline for

10  Plaintiff to respond to any motion shall be March 4, 2015.  The deadline for Defendants to file their

11  reply in support of any motion shall be March 25, 2015.

12    **IT IS SO STIPULATED.**

13  Dated:  December 19, 2014                    Respectfully Submitted,

14                                              SIDLEY AUSTIN LLP

15

16                                              By:/s/ Ryan M. Sandrock

17                                                Attorneys for Defendants
18                                                HOMETEAM PEST DEFENSE, INC.,
                                                  ROLLINS, INC.
19

20  Dated:  December 19, 2014                    R. REX PARRIS LAW FIRM

21                                              By:/s/ Patricia Oliver

22                                                Attorneys for Plaintiff
23                                                KILLIAN PEST CONTROL, INC.,

24  **IT IS SO ORDERED.**

25  Dated: __December 23_____, 2014

26

27  _____
   Judge Vince Chhabria
28

STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT
CASE NO. 3:14-cv-05239 - VC