| | |
|---|---|
| 1 | DON HOWARTH (SBN 53783) |
|  | dhowarth@howarth-smith.com |
| 2 | SUZELLE M. SMITH (SBN 113992) |
|  | ssmith@howarth-smith.com |
| 3 | JESSICA RANKIN (SBN 279237) |
|  | jrankin@howarth-smith.com |
| 4 | HOWARTH & SMITH |
|  | 523 West Sixth Street, Suite 728 |
| 5 | Los Angeles, California 90014 |
|  | Telephone: (213) 955-9400 |
| 6 | Facsimile: (213) 622-0791 |
| 7 | R. REX PARRIS (SBN 096567) |
|  | rrparris@rrexparris.com |
| 8 | ALEXANDER R. WHEELER (SBN 239541) |
|  | awheeler@rrexparris.com |
| 9 | PATRICIA K. OLIVER (SBN 193423) |
|  | poliver@rrexparris.com |
| 10 | R. REX PARRIS LAW FIRM |
|  | 43364 10th Street West |
| 11 | Lancaster, California 93534 |
|  | Telephone:  (661) 949-2595 |
| 12 | Facsimile: (661) 949-7524 |
| 13 | DAVID S. CASEY, JR. (SBN 60768) |
|  | dcasey@cglaw.com |
| 14 | GAYLE M. BLATT (SBN 122048) |
|  | gmb@cglaw.com |
| 15 | JEREMY ROBINSON (SBN 188325) |
|  | jrobinson@cglaw.com |
| 16 | JASON C. EVANS (SBN 272932) |
|  | jevans@cglaw.com |
| 17 | CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP |
|  | 110 Laurel Street |
| 18 | San Diego, California 92101 |
|  | Telephone: (619) 238-1811 |
| 19 | Facsimile: (619) 544-9232 |
| 20 | Attorneys for Plaintiff |
|  | KILLIAN PEST CONTROL, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KILLIAN PEST CONTROL, INC., a California corporation, | ) ) | CASE NO. 14-cv-05239-VC |
| Plaintiff, | ) ) |  |
| vs. | ) ) | [~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |
| HOMETEAM PEST DEFENSE, INC., a Delaware corporation, ROLLINS, INC., and DOES 1 through 100, inclusive, | ) ) ) ) |  |
| Defendants. | ) ) | AS MODIFIED |

1  The Court having considered the stipulation of the parties, IT IS HEREBY
2  ORDERED THAT:
3  1. The Initial Case Management Conference currently set for March 10, 2015 is
4  continued to ~~March 31~~ May 12, 2015 at 10:00am; and
5  2. The deadlines for the Case Management Conference, for filing the Joint Case
6  Management Statement and Proposed Case Management Order, and all other discovery
7  obligations required by Fed. R. Civ. P. 26(f), the Local Rules for the Northern District of
8  California, the Standing Order for all Judges of the Northern District of California, and the
9  Standing Order for Civil Cases Before Judge Vince Chhabria shall run from the new date of
10  the Initial Case Management Conference, ~~March 31~~ May 12, 2015.

12  SO ORDERED, this the __11th__ day of February, 2015.

15  _____
16  Honorable Vince Chhabria
    Judge of the United States District Court for the
    Northern District of California

---

1

[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE