DON HOWARTH (SBN 53783)
dhowarth@howarth-smith.com
SUZELLE M. SMITH (SBN 113992)
ssmith@howarth-smith.com
JESSICA RANKIN (SBN 279237)
jrankin@howarth-smith.com
HOWARTH & SMITH
523 West Sixth Street, Suite 728
Los Angeles, California 90014
Telephone: (213) 955-9400
Facsimile: (213) 622-0791

R. REX PARRIS (SBN 096567)
rrparris@rrexparris.com
ALEXANDER R. WHEELER (SBN 239541)
awheeler@rrexparris.com
PATRICIA K. OLIVER (SBN 193423)
poliver@rrexparris.com
R. REX PARRIS LAW FIRM
43364 10th Street West
Lancaster, California 93534
Telephone:  (661) 949-2595
Facsimile: (661) 949-7524

DAVID S. CASEY, JR. (SBN 60768)
dcasey@cglaw.com
GAYLE M. BLATT (SBN 122048)
gmb@cglaw.com
JEREMY ROBINSON (SBN 188325)
jrobinson@cglaw.com
JASON C. EVANS (SBN 272932)
jevans@cglaw.com
CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP
110 Laurel Street
San Diego, California 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232

Attorneys for Plaintiff
KILLIAN PEST CONTROL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILLIAN PEST CONTROL, INC., a California corporation, <br> Plaintiff, <br> vs. <br> HOMETEAM PEST DEFENSE, INC., a Delaware corporation, ROLLINS, INC., and DOES 1 through 100, inclusive, <br> Defendants. | CASE NO. 14-cv-05239-VC <br><br> [~~PROPOSED~~] ORDER RE SCHEDULING OF HEARING ON MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE |

1   The Court having considered the stipulation of the parties, IT IS HEREBY
2   ORDERED THAT Defendants may notice any potential Motion to Dismiss for a hearing on
3   May 14, 2015 at 10:00am, and the Court will conduct the Initial Case Management
4   Conference, after argument on the Motions, on the same date.
5
6   SO ORDERED, this the  13th  day of  March          , 2015.
7
8
9   _____
    Honorable Vince Chhabria
10  Judge of the United States District Court for the
    Northern District of California
11

1
**[PROPOSED] ORDER RE SCHEDULING OF HEARING ON MOTION TO DISMISS AND INITIAL CMC**